UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK ANDREW McMICHAEL,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
(Committed Person in Possession of Firearms and Ammunition)

On or about December 1, 2017, in Grand Traverse County, in the Southern Division of the Western District of Michigan,

**MARK ANDREW McMICHAEL,**

having been committed to a mental institution, knowingly possessed the following firearms and ammunition in and affecting commerce:

| Item No. | Description: |
|---|---|
| 18-ATF-006012 | Mossberg, Model 4x4, .30-06 caliber bolt-action rifle, serial number (SN) BA190225 |
| 18-ATF-006013 | Mossberg, Model 183, .410 gauge bolt-action shotgun, SN unknown |
| 18-ATF-006014 | Brno Zbrojovka, 8mm rifle, SN SR4638 |
| 18-ATF-006015 | Mosin-Nagant, 7.62mm rifle, SN 19256 |
| 18-ATF-006016 | Mosin-Nagant, 7.62mm rifle, SN R002566 |
| 18-ATF-006018 | Ruger, Model 10/22, .22 caliber semiautomatic rifle, SN 129-86131 |
| 18-ATF-006020 | RGuns/Sportswereus, Inc., Model TRR-15 semiautomatic rifle, receiver/frame, SN TRR0A2327 |
| 18-ATF-006022 | Brno Zbrojovka, 8mm rifle, SN 7903Y4 |
| 18-ATF-006024 | Century Arms International, Model CETME Sporter, .308 caliber semiautomatic rifle, SN C59156 |
| 18-ATF-006025 | Ruger, New Model Single-Six, .22 caliber revolver, SN 268-37456 |
| 18-ATF-006027 | Swiss K31 7.5x55 mm, rifle, SN 704016 |
| 18-ATF-006028 | Zastava 8mm rifle, SN T11640 |

| 18-ATF-006029 | Mauser, Model M98, 8mm rifle, SN 9061 |
| 18-ATF-006030 | Yugoslavian, Model M48, 8mm rifle, SN K37444 |
| 18-ATF-006032 | Carl Gustaf, Model 96, 6.5mm rifle, SN 361623 |
| 18-ATF-006033 | Yugoslavian, M24/47, 7.92mm rifle, SN ZH205 |
| 18-ATF-006035 | Carl Gustaf, Model 96, 6.5mm rifle, SN 339599 |
| 18-ATF-006036 | Marlin, Model 336, .30-30 caliber, lever-action rifle, SN AC27122 |
| 18-ATF-006037 | Enfield, Model No. 4 Mk I, .303 caliber, bolt-action rifle, SN 25C3168 |
| 18-ATF-006038 | Yugoslavian Model 59/66, 7.62mm semiautomatic rifle, SN S-65Z123 |
| 18-ATF-006039 | Swiss K31, 7.62mm rifle, SN 956696 |
| 18-ATF-006040 | Remington Arms, .30-06 caliber rifle, SN 207922 |
| 18-ATF-006041 | Remington Arms, Model 81, .35 caliber rifle, SN 43211 |
| 18-ATF-006042 | Swiss K31, 7.5x55mm rifle, SN 925272 |
| 18-ATF-006043 | Mosin-Nagant, 7.62mm rifle, SN R13921 |
| 18-ATF-006045 | CZ (Ceska Zbrojovka), Model CZ82, 9mm semiautomatic pistol, SN 115501 |
| 18-ATF-006046 | Mosin-Nagant 7.62mm rifle, SN 32552 |
| 18-ATF-006047 | Savage, Model 110, .300 caliber bolt-action rifle, SN F602778 |
| 18-ATF-006048 | Mosin-Nagant, 7.62mm rifle, SN 9130175331 |
| 18-ATF-006049 | BSA, Model CF-2, .30-06 caliber rifle, SN U7767 |
| 18-ATF-006050 | Enfield, Model Ishapore 2A1, 7.62mm rifle, SN A10098 |
| 18-ATF-006051 | Black Rain Ordnance, Model Fallout 15, semiautomatic rifle, SN BR016496 |
| 18-ATF-006052 | Beretta, Model 92S, 9mm semiautomatic pistol, SN X10739Z |
| 18-ATF-006053 | Browning, 10 gauge shotgun, SN 10337NZ192 |
| 18-ATF-006056 | DPMS, Model A15, .233 caliber, semiautomatic rifle, SN 18769 |
| 18-ATF-006057 | Hakim,7.9mm, rifle, SN Unknown |
| 18-ATF-006058 | Ruger, Model Blackhawk, .357 caliber revolver, SN 520-05972 |
| 18-ATF-006059 | Russian, Model SKS, 7.62mm semiautomatic rifle, SN RH001637 |
| 18-ATF-006060 | Crescent-Davis Arms, 20 gauge shotgun, SN 4673 |
| 18-ATF-006061 | Glock, Model 30, .45 caliber semiautomatic pistol, SN DCG001US |
| 18-ATF-006063 | Walther, Model P38, 9mm semiautomatic pistol, SN 1324E |
| 18-ATF-006064 | Walther, Model P38, 9mm semiautomatic pistol,  SN 008535W |
| 18-ATF-006065 | Serbian, M59, 7.62x39mm, rifle, SN C-44528 |
| 18-ATF-006066 | Tokarev, made by CZ, 7.62mm semiautomatic pistol, SN JM13288 |
| 18-ATF-006067 | Steyr, Model M95, 8mm rifle, SN M9507952 |
| 18-ATF-006068 | DSA, Model SA58, .308 caliber semiautomatic rifle, SN DS30366 |
| 18-ATF-006069 | Ruger, Model 10/22, .22 caliber, semiautomatic rifle, SN 0005-02524 |
| 18-ATF-006070 | Nagant, Model M1895, 7.62 mm revolver CAL:762 SN V4536 |
| 18-ATF-006071 | Zastava, Model M57, 7.62mm pistol, SN 101473 |
| 18-ATF-006072 | FN Herstal, Model FN-49, semiautomatic rifle, SN 4847 |
| 18-ATF-006073 | Black Rain Ordnance, Model Fallout 15, Receiver/Frame, SN BR016497 |
| 18-ATF-006074 | Nagant, Model M1895, 7.62mm revolver, SN V4533 |
| 18-ATF-006075 | Romarm/Cugir, 7.62 mm semiautomatic pistol, SN YC7371953 |
| 18-ATF-006076 | MAS, Model 1936, 7.5mm, rifle, SN 56645 |
| 18-ATF-006077 | Canik, Model TP-9SF, 9mm semiautomatic pistol, SN 16 AT 20995 |
| 18-ATF-006079 | Maadi, Model ARM, 7.62mm semiautomatic rifle, SN AC0056883 |
| 18-ATF-006080 | Beretta, Model 92FS, 9mm semiautomatic pistol, SN BER050497 |
| 18-ATF-006081 | Mosin-Nagant, 7.62mm rifle, SN M44088323 |

| | |
|---|---|
| 18-ATF-006083 | Glock, Model 23, .40 caliber semiautomatic pistol, SN GMW791 |
| 18-ATF-006084 | Hakim, 7.9mm, rifle: SN 96940 |
| 18-ATF-006085 | Glock, Model 27, .40 caliber semiautomatic pistol, SN FDZ543 |
| 18-ATF-006086 | Radom, Model P64, 9mm semiautomatic pistol, SN BB04488 |
| 18-ATF-006087 | Bushmaster, Model XM15-E2S, .223/5.56 caliber semiautomatic rifle, SN L160542 |
| 18-ATF-006088 | Steyr, Model M95/34, 8mm rifle, SN M953403578 |
| 18-ATF-006089 | Heckler and Koch, Model USP40, .40 caliber semiautomatic pistol, SN 22-22505 |
| 18-ATF-006092 | Mosin-Nagant, 7.62mm rifle, SN 9130108367 |
| 18-ATF-006094 | Yugoslavian Model 59/66, 7.62mm rifle, SN J-352623 |
| 18-ATF-006095 | Russian Model SKS-45, 7.62mm semiautomatic rifle, SN RH001639 |
| 18-ATF-006096 | Remington Arms, Model 12C, .22 caliber rifle, SN 640192 |
| 18-ATF-006098 | Ruger, Model Mark II, .22 caliber semiautomatic pistol, SN 222-63979 |
| 18-ATF-006099 | CZ (Ceska Zbrojovka), Model CZ82, 9mm semiautomatic pistol,  SN 095591 |
| 18-ATF-006100 | Ruger, Model Super Blackhawk, .44 caliber revolver, SN 85-94476 |
| 18-ATF-006101 | Marlin, Model 336, .30-30 caliber lever-action rifle, SN 19054716 |
| 18-ATF-006102 | Mossberg, Model 500, 20 gauge, pump-action shotgun, SN V0056319 |
| 18-ATF-006103 | Remington, Model 870 Express, 12 gauge, pump-action shotgun, SN W788491M |
| 18-ATF-006104 | Remington, Model 81 .35 caliber rifle, SN 48875 |
| 18-ATF-006105 | 17,585 rounds of assorted ammunition |

18 U.S.C. § 922(g)(4)
18 U.S.C. § 924(a)(1)(B)

## COUNT 2
(False Statement in Firearms License Application)

On or about February 26, 2016, in Grand Traverse County, in the Southern Division of

the Western District of Michigan,

**MARK ANDREW McMICHAEL**

knowingly made a false statement and representation to the Bureau of Alcohol, Tobacco,

Firearms and Explosives ("ATF") in applying to renew a Federal Firearms License ("FFL").

Specifically, he executed an ATF Form 8, FFL Renewal Application (FFL Type 03 – Collector

of Curios and Relics), representing under penalty of law that he had never been committed to any

mental institution, whereas in truth and in fact he had been committed in 2014.

18 U.S.C. § 924(a)(1)(A).

## FORFEITURE ALLEGATION
(Committed Person in Possession of Firearms and Ammunition)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(4) set forth in Count 1 of this Indictment, the defendant,

**MARK ANDREW McMICHAEL,**

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to, the firearms and ammunition listed in Count 1.

A TRUE BILL

_____
GRAND JURY FOREPERSON


ANDREW BYERLY BIRGE
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney