UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

MARK ANDREW MCMICHAEL,

    Defendant.

    _____/

MOTION TO SEAL

    Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Nils R. Kessler, Assistant United States Attorney, and moves this court to seal the Indictment in the above entitled case and that such sealing remain in force and operation until the defendant is advised of these proceedings, the investigation is completed, or further order of this court.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: 5/8/18

_____
NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: May 8, 2018

_____
ELLEN S. CARMODY
United States Magistrate Judge
United States District Court