UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

MARK ANDREW McMICHAEL

        Defendant(s).

Case No. 1:18-cr-99

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. **Statements of Defendant**

        1. **Oral Statements (Rule 16(a)(1)(A))**

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> 12/1/17 Interview by ATF

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   May 18, 2018  .

        2. **Written or Recorded Statements (Rule 16(a)(1)(B))**

☒ There are no written or recorded statements or grand jury testimony of defendant.

☐ There are the following written or recorded statements or grand jury testimony:

All written or recorded statements

☐ have been disclosed to defense counsel.

☐ will be disclosed to defense counsel by             .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☒ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☒ Records:   Mental health and commitment records
  ☒ Firearms:   And ammunition. See search warrant return, 1:17-mj-367
  ☐ Other: _____

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☒ Federal:
    Case No.   1:17-mj-367       Re:   339 Sierra Dr., Traverse City MI
    Case No. _____         Re: _____
    Case No. _____         Re: _____

☒ They have been made available for inspection and copying by defense counsel.
☒ Defense counsel should make arrangements with:
  AUSA Nils R. Kessler

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.
☐ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis       ☐ Handwriting        ☐ Fingerprints
  ☐ DNA                 ☒ Firearms/Nexus     ☒ Gun Operability
  ☐ Computer Forensics  ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>

A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at __2-3 days__ .

III. <u>MISCELLANEOUS</u>

☐ This case may be appropriate for expedited resolution.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No consideration for pleas entered less than 4 weeks prior to trial.

Date ____May 15, 2018____  ____Nils R. Kessler____
Counsel for the United States

(Rev. 07/27/2015)