UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARK ANDREW McMICHAEL,

       Defendant/Counter-Plaintiff.

_____/

Case No. 1:18-Cr-99

Hon. Robert J. Jonker
Chief United States District Judge

## DEFENDANT'S SECOND MOTION FOR CONTINUANCE

Defendant, Mark Andrew McMichael, by and through counsel, moves the court that the motion deadline for the above-captioned case be continued September 4, 2018. Due to the complexity of the case and severity of the charges, counsel needs additional time to prepare motions. Defendant has requested records from the Michigan State Police through a FOIA request, estimated to be processed by July 19, 2018; however, the documents have not be delivered. Counsel has been informed to expect that over 200 pages will be delivered when the request is fulfilled.

This Court previously granted a Stipulated Motion for Continuances, scheduling the motions deadline to August 1, 2018 (33 days), the final pretrial conference for September 4, 2018 (67 days), and the trial for September 18, 2018 (63 days).

Respectfully Submitted,

*/s/ Steven W. Dulan (P54914)*

STEVEN W. DULAN
Attorney for Defendant
1750 E. Grand River Avenue
Suite 101
East Lansing, MI 48823
(517) 332-3149