UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:18-CR-99

v.

HON. ROBERT J. JONKER

MARK ANDREW McMICHAEL,

    Defendant.
_____/

## ORDER

The government's motion for restricted access filing (ECF No. 20) is **DENIED**. The medical information may be important to the substantive issues in this case. The filing party should make any redactions necessary to comply with Fed.R.Crim.P. 49.1.

Date:   September 4, 2018          /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE