UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE No: | 1:18-CR-99 |
| | ) | DATE: | September 13, 2018 |
| v. | ) | TIME: | 3:01 p.m. – 3:54 p.m. |
| | ) | PLACE: | Grand Rapids |
| MARK ANDREW MCMICHAEL, | ) | JUDGE: | Robert J. Jonker |
| | ) | | |
| Defendant. | ) | | |

## APPEARANCES

GOVERNMENT:   Nils R. Kessler
              Laura Babinsky

DEFENDANT:    Steven W. Dulan

## WITNESSES

GOVERNMENT:   N/A

DEFENDANT:    N/A

## PROCEEDINGS

NATURE OF HEARING:

Oral argument on Defendant's First Motion to Dismiss.  (ECF No. 18).  Order to issue.


COURT REPORTER:    Glenda Trexler            /s/ James Schmidt
                                                Law Clerk