UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:18-CR-99

v.

HON. ROBERT J. JONKER

MARK ANDREW McMICHAEL,

    Defendant.
_____/

## ORDER RESCHEDULING FINAL PRETRIAL AND TRIAL

The final pretrial conference is rescheduled from September 27, 2018 to **October 23, 2018 at 4:00 p.m.**  Jury trial is rescheduled from October 16, 2018 to **November 6, 2018 at 8:30 a.m.**

Date:   September 24, 2018            /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                         CHIEF UNITED STATES DISTRICT JUDGE