UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE No. 1:18-cr-99

v.

HON. ROBERT J. JONKER

MARK ANDREW McMICHAEL,

    Defendant.

_____/

### JUDGMENT OF DISMISSAL

This case having come before the Court on Defendant Mark Andrew McMichael's Motion to Dismiss Indictment under Rule 12 of the Federal Rules of Criminal Procedure, and in accordance with the Opinion and Order entered this day;

Judgment is entered dismissing Counts 1, 2, and the forfeiture allegation in the Indictment.

Dated:   October 5, 2018

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE